JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.C. Multispecialty Surgery Center<br><br>Plaintiff,<br><br>v.<br><br>Community Insurance Company,<br>AmTrust Financial Services, Inc., and<br>DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-06970-RSWL-KSx<br><br>~~[PROPOSED]~~ **ORDER ON<br>STIPULATION OF DISMISSAL OF<br>ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant Community Insurance Company, and AmTrust Financial Services, Inc. ("Defendants") and Plaintiff O.C. Multispecialty Surgery Center, ("Plaintiff"),

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 2:21-cv-06970-RSWL-KS is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED**.

Dated: May 24, 2022            _____*/S/ RONALD S.W. LEW*_____
                                                    Hon. Ronald S.W. Lew
                                                    Judge, United States District Court